In the Matter of the Application for Appointment of a Committee of the Property of WILLIAM K. RYAN, an Alleged Incompetent Person. JOSEPH B. RYAN; WILLIAM K. RYAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 861.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SIMON & WERNER, INC., v. DANIEL P. WOOLLEY, as Commissioner of Public Markets of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 857.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BENJAMIN MOAK et al. v. IRVING WEBER et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 861.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GRACE H. HOOPS v. EDWARD E. HOOPS.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 818.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROBBINS MUSIC CORPORATION et al. v. SONG PARODIES, INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 859.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EMIL J. SONDERLICK v. THOMAS H. SIMMONS et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 862.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES WEISS et al. v. SADYE GORSCHEN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 857.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND v. UNITED STATES TRUST COMPANY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 817.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

RALPH J. CEBRIAN v. CORNELIUS VANDERBILT, JR., et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendant-appellant to appear generally, answer or otherwise move with respect to the amended complaint within ten days after service of order, on payment of said costs and the costs awarded by the order of this court entered February 25, 1944. [See *ante,* p. 867.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DELLA L. L. BANFIELD v. LEWIS LUCKENBACH et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendants-appellants to answer within five days after service of order on payment of said costs and the costs awarded by order of this court entered March 10, 1944. [See *ante,* p. 888.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISABEL STINSON v. MAY M. LALOR et al., as Administrators of the Estate of MARY G. BRESLIN, Deceased.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. [See *ante,* p. 862.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.